186 F.2d 536
 88 U.S.App.D.C. 396
 Ralph W. MYERS, Appellant.
v.
UNITED STATES of America, Appellee.
 No. 10633.
 United States Court of Appeals District of Columbia Circuit.
 Argued Nov. 29, 1950.
Decided Dec. 21, 1950.
 
 Mr. James J. Laughlin, Washington, D.C., for appellant.
 Mr. Joseph F. Goetten, Asst. U.S. Atty., Washington, D.C., with whom Messrs. George Morris Fay, U.S. Atty., and William P. Arnold, Joseph M. Howard and John C. Conliff, Jr., Asst. U.S. Attys., all of Washington, D.C., were on the brief, for appellee. Mr. Richard M. Roberts, Asst. U.S. Atty., Washington, D.C., also entered on appearance for appellee.
 Before EDGERTON, WILBUR K. MILLER, and WASHINGTON, Circuit Judges.
 PER CURIAM.
 
 
 1
 We find no prejudicial error in the record. The judgment of the District Court is therefore affirmed.